IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMES MORDEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>XL SPECIALTY INSURANCE CO.,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER**<br><br>Case No. 2:14-cv-00224<br><br>Judge Clark Waddoups |

On October 2, 2018, a Mandate was issued by the United States Court of Appeals for the Tenth Circuit. The Mandate attaches a certified copy of the Judgment and Opinion of the Tenth Circuit dated September 10, 2018. Pursuant to that Judgment and Opinion, the Tenth Circuit reversed this court's Order of April 5, 2016 that denied Defendant XL Specialty Insurance Company's Motion for Summary Judgment under the Interrelated Wrongful Acts provision of a liability-insurance policy. The Tenth Circuit remanded the case to this court for further proceedings in accordance with the Judgment and Opinion.

In accordance with the Tenth Circuit's rulings, it is

ORDERED that Defendant XL's Motion for Summary Judgment filed on January 16, 2015 is GRANTED. Based on this ruling, all claims have now been resolved in favor of Defendant XL. The case is closed.

DATED this 16th day of November, 2018.

BY THE COURT:

_____
CLARK WADDOUPS
United States District Judge